# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CASSANDRA TOTTON,**

        Plaintiff,

        V.                    CASE NUMBER: **06-C-744**

**US AIRWAYS AIRLINES,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed *in forma pauperis* is DENIED. This action is hereby DISMISSED for lack of jurisdiction. This action is hereby DISMISSED WITHOUT PREJUDICE.**

    **November 2, 2006**                               **SOFRON B. NEDILSKY**
Date                                                           Clerk

                                                                s/ Linda M. Zik
                                                                (By) Deputy Clerk