AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CASSANDRA TOTTON,**

        Plaintiff,

        V.                       CASE NUMBER: **06-C-744**

**US AIRWAYS AIRLINES,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed *in forma pauperis* is DENIED. This action is hereby DISMISSED for lack of jurisdiction. This action is hereby DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
|    November 2, 2006 |   SOFRON B. NEDILSKY |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |